UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Delta T LLC, d/b/a Big Ass Fans,<br><br>    Plaintiff,<br><br>v.<br><br>MacroAir Technologies, Inc.,<br><br>    Defendant.<br><br>MacroAir Technologies, Inc.,<br><br>    Counterclaimant,<br><br>v.<br><br>Delta T LLC d/b/a Big Ass Fans,<br><br>    Counter-Defendant. | Case Nos. EDCV 20-728-GW-GJSx and **EDCV 20-1489-GW-GJSx**<br><br>**FINAL JUDGMENT**<br><br>District Judge: George H. Wu<br>Magistrate Judge: Gail J. Standish |

[PROPOSED] FINAL JUDGMENT

Consistent with the jury's verdict (ECF Nos. 433, 434), judgment is entered as follows:

1) in favor of Plaintiff, Delta T LLC d/b/a Big Ass Fans, and against Defendant MacroAir Technologies, Inc. for:

   a. infringement of claim 1 of U.S. Patent No. 9,458,859;
   b. infringement of claim 10 of U.S. Patent No. 9,458,859;
   c. infringement of claim 1 of U.S. Patent No. 8,900,041;
   d. patent damages of $926,543, plus prejudgment interest on that amount of 7% per annum;
   e. willful false advertising concerning statements that (i) "AirVolution-D HVLS fan offers an unlimited 50,000-hour warranty" which "in most industrial applications" is "the equivalent of 24 years of use;" (ii) "AirVolution-D HVLS fan offers an unlimited 50,000-hour warranty" which "in most industrial applications" is "9 years more coverage than the longest motor, drive and controller warranty offered by BAF;" and (iii) "most other big fan manufacturers only have forward operation.";
   f. false advertising disgorgement in an amount of $1,851,222; and
   g. post-judgment interest on the above awards at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date hereof.

2) in favor of Defendant, MacroAir Technologies, Inc., and against Delta T LLC d/b/a Big Ass Fans for:

   a. no infringement of claim 5 of U.S. Patent No. 8,672,649; and
   b. no infringement of claim 7 of U.S. Patent No. 8,672,649.

3) all remaining claims and counterclaims are hereby dismissed with

prejudice.

4) a permanent injunction against Defendant MacroAir Technologies, Inc.

IT IS SO ORDERED
Date: August 21, 2024        By: _____
                                HON. GEORGE H. WU,
                                United States District Judge